**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **ALBERTA ROSE JONES,** | **C 07-4421 PVT** |
| **Plaintiff(s),** | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **VS.** | |
| **KELKRIS ASSOCIATES, INC., ET AL.,** | |
| **Defendant(s).** | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for December 4, 2007 before the Honorable Judge Patricia V. Trumbull has been continued to **December 3, 2007 @ 10:00 a.m.,** before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before November 27, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: August 28, 2007

RICHARD W. WIEKING,
Clerk of Court
/s/ Corinne Lew
_____
Corinne Lew
Deputy Clerk

1  Copies mailed to:
2  **Alberta Rose Jones**
   1144 Tangerine Way
3  Sunnyvale, CA 94087
4
5  **Terry Alan Duree**
   Terry A Duree,Inc
6  622 Jackson St
   Fairfield, CA 94533
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28