UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTA ROSE JONES,<br><br>          Plaintiff,<br><br>   v.<br><br>KELKRIS ASSOCIATES INC., ET AL et al,<br><br>          Defendant.<br>_____/ | Case Number: CV07-04421 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alberta Rose Jones
1144 Tangerine Way
Sunnyvale, CA 94087

Terry Alan Duree
Terry A Duree,Inc
622 Jackson St
Fairfield, CA 94533

Dated: August 28, 2007

                                        Richard W. Wieking, Clerk
                                        By: Sandy Morris, Deputy Clerk