**United States District Court**
For the Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT
5                       NORTHERN DISTRICT OF CALIFORNIA
6
7   KELKRIS ASSOCIATES INC., ET AL,                    No. C 07-04421 JW
8
            Plaintiff(s),                              CLERK'S NOTICE
9
         v.
10
    ALBERTA ROSE JONES,
11
            Defendant(s).
12
    _____/
13
    TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
    YOU ARE NOTIFIED THAT the Motion to Dismiss for Lack of Jurisdiction before Judge James
16
    Ware previously noticed for October 8, 2007 at 9:00 AM, has been reset to **December 3, 2007 at**
17
    **9:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.
18
    Dated:  September 12, 2007
19
                                                       FOR THE COURT,
                                                       Richard W. Wieking, Clerk
20
21
                                                       by:  _____/s/_____
22                                                          Elizabeth Garcia
                                                            Courtroom Deputy
23
24
25
26
27
28