1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  TROY B. OVERTON (State Bar No. 171263)
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
5    Telephone: (415) 703-5516
     Facsimile:  (415) 703-5480
6
   Attorneys for Defendant the Honorable William C.
7  Harrison, Judge of the Superior Court

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA ROSE JONES, | C-07-04421 JW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT WILLIAM C. HARRISON'S MOTION TO REMAND/MOTION TO DISMISS** |
| v. | |
| KELKRIS ASSOCIATES INC. DBA CREDIT BUREAU ASSOCIATES, KATHRYN A. PARSONS, TERRY A. DUREE, LINDA G. ASHCRAFT, MICHAEL MATTHEWS, MOES PROCESS SERVING, AVA E. WILLIAMS, WENDY A. GETTY, PATRICIA COLEMAN, SJOAN CRAWFORD, KARL PHILLIPS, WILLIAM C. HARRISON, EDMUND G. BROWN JR. BARBARA BOXER, UNITED STATES OF AMERICA AND DOES 1-100, | |
| Defendants. | |

The motion of Defendant William C. Harrison to remand, or alternatively, to dismiss came on regularly for hearing before this Court on December 3, 2007. Troy B. Overton, Esq. from the California Attorney General's Office appeared on behalf of moving defendant and plaintiff Alberta Rose Jones appeared in propria persona.

The Court, having considered the pleadings filed herein and having heard oral argument from

(Proposed) Order, Case No. C-07-04421 JW                1

1 | counsel and plaintiff and good cause appearing therefore:

2 |     IT IS HEREBY ORDERED that Defendant William C. Harrison's motion to remand is
3 | GRANTED.

5 | Dated: _____

                                                                                    _____
James Ware
United States District Judge