**HEFNER, STARK & MAROIS, LLP**
Ronald H. Sargis (CA Bar Assn. No. 105173)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: rsargis@hsmlaw.com

Special District Court Counsel for,
KELKRIS ASSOCIATES, INC.,
DBA CREDIT BUREAU ASSOCIATES, et al.
See signature page for list
of parties represented (Civil L.R. 3-4(a))

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ALBERTA ROSE JONES

Plaintiff,

v.

KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES, KATHRYN A. PARSON, TERRY A. DUREE, LINDA G. ASHCRAFT, MICHAEL MATTHEWS, MOES PROCESS SERVING, AVA E. WILLIAMS, WENDY A. GETTY, PATRICIA COLEMAN, JOAN CRAWFORD, KARL PHILLIPS, WILLIAM C. HARRISON, EDMUND G. BROWN JR., BARBARA BOXER, UNITED STATES OF AMERICA AND DOES 1-100.

Defendants.

**(As incorrectly captioned on the Notice of Removal by State Court Defendant Alberta Rose Jones' Notice of Removal)**

Case No. C-07-04421-JW

**DECLARATION OF TERRY A. DUREE IN SUPPORT OF MOTION TO REMAND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SOLANO, AS CASE NO. FCM093334; OR, IN THE ALTERNATIVE, TO DISMISS**

Date: October 29, 2007
Time: 9:00 a.m.
Place: Federal Building
280 South First Street
San Jose, CA
Ctrm. 8, 4th Flr.
Hon. James Ware

I, Terry A. Duree, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the state of California.

2. I am the attorney who filed the case before the Superior Court of the State of California, County of Solano, entitled KelKris Associates, Inc. DBA Credit Bureau Associates v. Alberta Rose

HEFNER, STARK & MAROIS, LLP
Sacramento, California

Jones, Donald D. Jones, Case No. FCM093334 (the "State Court Action").

3. I have reviewed the Motion to Remand to the Superior Court of the State of California, County of Solano, as Case No. FCM093334; or, in the Alternative, to Dismiss. I have reviewed the Memorandum of Points and Authorities in Support of said Motion. Except as to any matters stated on information and belief, I have personal knowledge of the facts set forth therein, and in this declaration, and if called upon to testify as to those facts, I could competently do so. As to those facts stated on information and belief, I believe them to be true, and they are based upon my knowledge as the attorney representing KelKris in the State Court Action.

4. True and correct copies of the summons and complaint in the State Court Action, naming Alberta Rose Jones and Donald D. Jones as defendants, prepared by my office and signed by me, are collectively attached hereto as Exhibit "A."

5. The Proofs of Service of the summons and complaint in the State Court Action, together with the process server's affidavit of diligence, filed April 17, 2007, collectively attached hereto as Exhibit "B."

6. I filed the State Court Action on behalf of KelKris, a collection agency which was assigned the non-consumer obligation by the County of Solano, after collection efforts had failed.

7. A true and correct copy of the Request for Default in the State Court Action, prepared by my office, and signed by me, is attached hereto as Exhibit "C."

8. The Request for Default was submitted because neither Alberta Rose Jones nor Donald D. Jones answered the State Court Action.

9. A true and correct copy of the Judgment in the State Court Action, prepared by my office, is attached hereto as Exhibit "D."

10. True and correct copies of Abstracts of Judgment, recorded in Santa Clara, Monterey, and Solano Counties, prepared by my office and signed by me, are collectively attached hereto as Exhibit "E."

11. True and correct copies of the Application and Order for Appearance and Examination, and Civil Subpoena, prepared by my office, and signed by me, and proof of service, are collectively attached hereto as Exhibit "F."

HEFNER, STARK & MAROIS, LLP
Sacramento, California

2

Declaration of Terry A. Duree
KelKris Associates, Inc. v. Alberta Rose Jones, et al.

Case No. C07-04421-JW

K:\Kel Kris Associates Inc\v Alberta Rose Jones (7306-0001)\pldg mtn for remand tduree decl (final).wpd

Received: Sep 17 2007 04:00pm
SEP-17-2007 04:03PM FROM- 707-422-1520 T-102 P.004/010 F-877

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 17th day of September 2007, at Fairfield, California.

Terry A. Duree

HEFNER, STARK & MAROIS, LLP
Sacramento, California

3

Declaration of Terry A. Duree
KelKris Associates, Inc. v. Alberta Rose Jones, et al.

Case No. C07-04421-JW

I, Ronald H. Sargis, attest that the above signatory, Terry A. Duree, concurs it the filing of this document.

Ronald H. Sargis

HEFNER, STARK & MAROIS, LLP
Sacramento, California

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED FILED
SOLANO SUPERIOR COURT
06 MAR 15 AM 9:12
LINDA G. ASHCRAFT
BY K. Carr
DEPUTY CLERK

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
ALBERTA ROSE JONES, DONALD D. JONES AND DOES 1 TO 5

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES

You have **30 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene* **30 DÍAS DE CALENDARIO** *después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA
600 UNION AVENUE, SECOND FLOOR
FAIRFIELD, CA 94533
SOLANO COUNTY COURT-CIVIL DIVISION

CASE NUMBER: *(Número del Caso):* FCM093334

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Terry A. Duree, Esq. SB#61008 (707) 422-8933
Terry A. Duree, Inc.
622 Jackson ST
Fairfield, CA 94533

DATE: *(Fecha)* MAR 15 2006

Clerk, by *(Secretario)* LINDA G. ASHCRAFT K. Carr, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*

under:
- [ ] CCP 416.10 (corporation)
- [ ] CCP 416.20 (defunct corporation)
- [ ] CCP 416.40 (association or partnership)
- [ ] other *(specify):*
- [ ] CCP 416.60 (minor)
- [ ] CCP 416.70 (conservatee)
- [ ] CCP 416.90 (authorized person)

4. [ ] by personal delivery on *(date):*

ASSIGNED TO JUDGE WILLIAM C. HARRISON FOR ALL PURPOSES

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

982.1(20)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Terry A. Duree, Esq. SB#61008
Terry A. Duree, Inc.
622 Jackson ST
Fairfield, CA 94533

TELEPHONE NO: (707) 422-8933 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): KELKRIS ASSOCIATES, INC.

FOR COURT USE ONLY

ENDORSED FILED
SUPERIOR COURT
06 MAR 15 AM 9:12
L... ASHCRAFT
BY K. Carr
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO
STREET ADDRESS: 600 UNION AVENUE, SECOND FLOOR
MAILING ADDRESS:
CITY AND ZIP CODE: FAIRFIELD, CA 94533
BRANCH NAME: SOLANO COUNTY COURT-CIVIL DIVISION

PLAINTIFF: KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES
DEFENDANT: ALBERTA ROSE JONES, DONALD D. JONES AND DOES 1 TO 5
[X] DOES 1 TO 5

ASSIGNED TO JUDGE WILLIAM C. HARRISON FOR ALL PURPOSES

CONTRACT

[X] COMPLAINT [ ] AMENDED COMPLAINT (Number):
[ ] CROSS-COMPLAINT [ ] AMENDED CROSS-COMPLAINT (Number):

CASE NUMBER: FCM093334

Jurisdiction (check all that apply):
[X] ACTION IS A LIMITED CIVIL CASE
Amount demanded [X] does not exceed $10,000
[ ] exceeds $10,000, but does not exceed $25,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
[ ] from limited to unlimited
[ ] from unlimited to limited

1. **Plaintiff*** *(name or names)*: KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES

alleges causes of action against **defendant*** *(name or names)*: ALBERTA ROSE JONES, DONALD D. JONES et. al.,

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. a. Each plaintiff named above is a competent adult
[X] **except** plaintiff *(name)*: KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES
(1) [X] a corporation qualified to do business in California
(2) [ ] an unincorporated entity *(describe)*:
(3) [ ] other *(specify)*:

b. [X] Plaintiff *(name)*: KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES
a. [X] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*: KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES
b. [X] has complied with all licensing requirements as a licensed *(specify)*: COLLECTION AGENCY

c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
[ ] **except** defendant *(name)*:
(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity *(describe)*:
(4) [ ] a public entity *(describe)*:
(5) [ ] other *(specify)*:

[ ] **except** defendant *(name)*:
(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity *(describe)*:
(4) [ ] a public entity *(describe)*:
(5) [ ] other *(specify)*:

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use
Judicial Council of California
982.1(20) [Rev. January 1, 2006]

**COMPLAINT—Contract**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

| SHORT TITLE: KELKRIS ASSOCIATES, INC. V JONES et. al., | CASE NUMBER: |
|---|---|

FIRST (number) **CAUSE OF ACTION - Common Counts** Page 3

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name)*: KELKRIS ASSOCIATES, INC. DBA REDIT BUREAU ASSOCIATES

alleges that defendant *(name)*: ALBERTA ROSE JONES, DONALD D. JONES et. al.,

became indebted to [ ] plaintiff [X] other *(name)*: SOLANO COUNTY AUDITOR

a. [X] within the last four years
   (1) [X] on an open book account for money due.
   (2) [X] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. [X] within the last [X] two years [X] four years
   (1) [X] for money had and received by defendant for the use and benefit of plaintiff.
   (2) [X] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promises to pay plaintiff
      [X] the sum of $ 3,000.00
      [ ] the reasonable value.
   (3) [X] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promises to pay plaintiff
      [ ] the sum of $
      [ ] the reasonable value
   (4) [X] for money lent by plaintiff to defendant at defendant's request.
   (5) [X] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
   (6) [X] other *(specify)*: THE ACCOUNT SUED UPON HEREIN AROSE SUBSEQUENT TO JANUARY 1 1987, AND IS THEREFORE SUBJECT TO THE PROVISIONS OF SECTION 1717.5 OF THE CALIFORNIA CIVIL CODE.

CC-2. $ 3,000.00 , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest [ ] according to proof [X] at the rate of 10 percent per year from *(date)*: 02/24/04

CC-3. [X] Plaintiff is entitled to attorney fees by an agreement or a statute
   [ ] of $
   [X] according to proof.

CC-4. [ ] Other:

**VERIFICATION**

**STATE OF CALIFORNIA, COUNTY OF** SOLANO

I have read the foregoing COMPLAINT and know its contents.

[X] **CHECK APPLICABLE PARAGRAPHS**

[ ] I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[X] I am [X] an Officer [ ] a partner ____ [ ] a ____ of KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. [ ] I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [X] The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ] I am one of the attorneys for ____ a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on 2/23/06, at FAIRFIELD, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

KATHRYN A. PARSONS, PRESIDENT ____ Kathryn A Parsons

Type or Print Name ____ Signature

**PROOF OF SERVICE**

1013a (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF**

I am employed in the county of ____, State of California.

I am over the age of 18 and not a party to the within action; my business address is: ____

On, ____ I served the foregoing document described as ____

____ on ____ in this action

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[ ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] **BY MAIL**

[ ] *I deposited such envelope in the mail at ____, California. The envelope was mailed with postage thereon fully prepaid.

[ ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at ____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on ____, at ____, California.

[ ] ****(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on ____, at ____, California.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

____ ____

Type or Print Name ____ Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)

**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

# EXHIBIT B

| *Attorney or Party without Attorney:* TERRY A. DUREE ESQ., Bar #61008 TERRY A. DUREE, INC. 710 MISSOURI STREET FAIRFIELD, CA 94533 *Telephone No:* 707-422-8933 *Attorney for:* Plaintiff | *Ref. No. or File No.:* | | | *For Court Use Only* ENDORSED FILED SOLANO SUPERIOR COURT 06 APR 17 AM 9:22 LINDA G. ASHCRAFT BY G. ROBINS DEPUTY CLERK |
|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* SOLANO COUNTY SUPERIOR COURT | | | | |
| *Plaintiff:* KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES | | | | |
| *Defendant:* ALBERTA ROSE JONES | | | | |
| **PROOF OF SERVICE SUMMONS & COMPLAINT** | *Hearing Date:* Tue, Sep. 12, 2006 | *Time:* 8:30AM | *Dept/Div:* 2 | *Case Number:* FCM093334 |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS & COMPLAINT; DECLARATION IN SUPPORT OF REDUCED FILING FEE FOR THIRD PARTY FILING IN SMALL CLAIMS JURISDICTION PURSUANT TO BUSINESS & PROFESSIONS CODE; ALTERNATIVE WAYS TO RESOLVE YOUR CIVIL DISPUTE BROCHURE; BLANK STIPULATION FOR ADR; NOTICE PILOT PROJECT; NOTICE OF CASE MANAGEMENT CONFERENCE

3. a. *Party served:* ALBERTA ROSE JONES
   b. *Person served:* party in item 3.a., White Female 58 Years Old, Blond Hair, Blue Eyes, 5 Feet 7 Inches, 165 Pounds

4. *Address where the party was served:* 1144 TANGERINE WAY SUNNYVALE, CA 94087

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sun., Apr. 09, 2006 (2) at: 10:26AM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

7. ***Person Who Served Papers:***
   a. MICHAEL MATTHEWS

M E S
**Process Serving**
P.O. Box 19463
Sacramento, CA 95819
916.498.0808 • FAX 916.498.0817

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. *The Fee for Service was:* $46.00

e. I am: (3) registered California process server
   *(i)* Employee
   *(ii) Registration No.:* 570
   *(iii) County:* Santa Clara

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

Date:Mon, Apr. 10, 2006

(MICHAEL MATTHEWS)

Judicial Council form POS-010
Rule 982.9.(a)&(b) Rev July 1, 2004

PROOF OF SERVICE
SUMMONS & COMPLAINT

tduree.92259

| *Attorney or Party without Attorney:* TERRY A. DUREE ESQ., Bar #61008 TERRY A. DUREE, INC. 710 MISSOURI STREET FAIRFIELD, CA 94533 *Telephone No:* 707-422-8933 *Attorney for:* Plaintiff | *Ref. No. or File No.:* | | | *For Court Use Only* ENDORSED FILED SOLANO SUPERIOR COURT 06 APR 17 AM 9:22 LINDA G. ASHCRAFT BY G. ROBINS DEPUTY CLERK |
|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* SOLANO COUNTY SUPERIOR COURT | | | | |
| *Plaintiff:* KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES | | | | |
| *Defendant:* ALBERTA ROSE JONES | | | | |
| **PROOF OF SERVICE SUMMONS & COMPLAINT** | *Hearing Date:* Tue, Sep. 12, 2006 | *Time:* 8:30AM | *Dept/Div:* 2 | *Case Number:* FCM093334 |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons & Complaint; Declaration In Support Of Reduced Filing Fee For Third Party Filing In Small Claims Jurisdiction Pursuant To Business & Professions Code; Alternative Ways To Resolve Your Civil Dispute Brochure; Blank Stipulation For Adr; Notice Pilot Project; Notice Of Case Management Conference

3. a. *Party served:* DONALD D. JONES
   b. *Person served:* ALBERTA ROSE JONES, CO-RESIDENT, White Female 58 Years Old, Blond Hair, Blue Eyes, 5 Feet 7 Inches, 165 Pounds

4. *Address where the party was served:* 1144 TANGERINE WAY SUNNYVALE, CA 94087

5. *I served the party:*
   b. **by substituted service.** On: Sun., Apr. 09, 2006 at: 10:26AM by leaving the copies with or in the presence of: ALBERTA ROSE JONES, CO-RESIDENT
   (2) **(Home)**Member Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Mon., Apr. 10, 2006 from: SACRAMENTO, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

7. ***Person Who Served Papers:***
   a. MICHAEL MATTHEWS

M E S Process Serving
P.O. Box 19463
Sacramento, CA 95819
916.498.0808 • FAX 916.498.0817

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. ***The Fee for Service was:*** $20.00

e. I am: (3) registered California process server
   *(i)* Employee
   *(ii) Registration No.:* 570
   *(iii) County:* Santa Clara

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

Date:Mon, Apr. 10, 2006

(MICHAEL MATTHEWS)

*Attorney or Party without Attorney:*
TERRY A. DUREE ESQ., Bar #61008
TERRY A. DUREE, INC.
710 MISSOURI STREET
FAIRFIELD, CA 94533

*Telephone No:* 707-422-8933

*Ref. No or File No.:*

*For Court Use Only*

ENDORSED FILED
SOLANO SUPERIOR COURT
06 APR 17 AM 9:22
LINDA G. ASHCRAFT
BY G. ROBINS
DEPUTY CLERK

*Insert name of Court, and Judicial District and Branch Court:*
SOLANO COUNTY SUPERIOR COURT

*Plaintiff:* KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES
*Defendant:* ALBERTA ROSE JONES

| **Affidavit of Reasonable Diligence** | *Hearing Date:* Tue, Sep. 12, 2006 | *Time:* 8:30am | *Dept/Div:* 2 | *Case Number:* FCM093334 |
|---|---|---|---|---|

1. I, LAURI GREENBERG, and any employee or independent contractors retained by b. MOE'S PROCESS SERVING are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DONALD D. JONES as follows:

2. *Documents:* **SUMMONS & COMPLAINT; DECLARATION IN SUPPORT OF REDUCED FILING FEE FOR THIRD PARTY FILING IN SMALL CLAIMS JURISDICTION PURSUANT TO BUSINESS & PROFESSIONS CODE; ALTERNATIVE WAYS TO RESOLVE YOUR CIVIL DISPUTE BROCHURE; BLANK STIPULATION FOR ADR; NOTICE PILOT PROJECT; NOTICE OF CASE MANAGEMENT CONFERENCE.**

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 03/29/06 | 10:43am | Home | NO ANSWER AT THE RESIDENCE ADDRESS.; Attempt made by: MICHAEL MATTHEWS. Attempt at: 1144 TANGERINE WAY SUNNYVALE CA 94087. |
| Sat | 04/01/06 | 11:30am | Home | NO ANSWER AT THE RESIDENCE ADDRESS.; Attempt made by: MICHAEL MATTHEWS. Attempt at: 1144 TANGERINE WAY SUNNYVALE CA 94087. |
| Tue | 04/04/06 | 9:34pm | Home | NO ANSWER AT THE RESIDENCE ADDRESS.; Attempt made by: MICHAEL MATTHEWS. Attempt at: 1144 TANGERINE WAY SUNNYVALE CA 94087. |
| Fri | 04/07/06 | 7:41pm | Home | NO ANSWER AT THE RESIDENCE ADDRESS.; Attempt made by: MICHAEL MATTHEWS. Attempt at: 1144 TANGERINE WAY SUNNYVALE CA 94087. |
| Sun | 04/09/06 | 10:25am | Home | PER CO-RESIDENT, THE SUBJECT IS NOT AVAILABLE AT THIS TIME. ; Attempt made by: MICHAEL MATTHEWS. Attempt at: 1144 TANGERINE WAY SUNNYVALE CA 94087. |
| Sun | 04/09/06 | 10:26am | | Substituted Service on: DONALD D. JONES Home - 1144 TANGERINE WAY SUNNYVALE, CA. 94087 by Serving: ALBERTA ROSE JONES, CO-RESIDENT, White Female 58 Years Old, Blond Hair, Blue Eyes, 5 Feet 7 Inches, 165 Pounds Member Household over 18 by leaving a copy of the document(s) with: ALBERTA ROSE JONES, CO-RESIDENT. Served by: MICHAEL MATTHEWS |
| Mon | 04/10/06 | | | Mailed copy of Documents to: DONALD D. JONES |

3. *Person Executing*
a. LAURI GREENBERG
b. **MOE'S PROCESS SERVING**
2300 P STREET
SACRAMENTO, CA 95816
c. 916 498-0808, FAX 916-498-0817

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee for service was:* $20.00
*e. I am:* (3) registered California process server
*(i)* Employee
*(ii) Registration No.:* 98-10
*(iii) County:* Sacramento

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

(LAURI GREENBERG)

*Date:* Mon, Apr. 10, 2006

**Affidavit of Reasonable Diligence**

credit b.92260

# EXHIBIT C

982(a)(6)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Terry A. Duree, Esq.
Terry A. Duree, Inc.
622 Jackson ST
Fairfield, CA 94533
SB# 61008
TELEPHONE NO.: (707) 422-8933 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): KELKRIS ASSOCIATES, INC.

FOR COURT USE ONLY

ENDORSED FILED
SOLANO SUPERIOR COURT
06 JUN 15 AM 9:12
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO
STREET ADDRESS: 600 UNION AVENUE, SECOND FLOOR
MAILING ADDRESS:
CITY AND ZIP CODE: FAIRFIELD, CA 94533
BRANCH NAME: SOLANO COUNTY COURT-CIVIL DIVISION

PLAINTIFF/PETITIONER: KELKRIS ASSOCIATES, INC. DBA REDIT BUREAU ASSOCIATES

DEFENDANT/RESPONDENT: ALBERTA ROSE JONES, DONALD D. JONES et. al.,

REQUEST FOR (Application) [X] Entry of Default [X] Clerk's Judgment [ ] Court Judgment

CASE NUMBER: FCM093334

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (date): MARCH 15, 2006
   b. by (name): KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES
   c. [X] Enter default of defendant (names): ALBERTA ROSE JONES, DONALD D. JONES

   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*

   e. [X] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) [X] under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) [ ] for default previously entered on (date):

2. **Judgment to be entered.**

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $ 3,000.00 | $ | $ 3,000.00 |
| b. Statement of damages * | | | |
| (1) Special | $ | $ | $ |
| (2) General | $ | $ | $ |
| c. Interest | $ 675.00 | $ | $ 675.00 |
| d. Costs (see reverse) | $ 231.00 | $ | $ 231.00 |
| e. Attorney fees | $ 700.00 | $ | $ 700.00 |
| f. TOTALS | $ 4,606.00 | $ | $ 4,606.00 |

   g. **Daily damages** were demanded in complaint at the rate of: $ 0.00 per day beginning (date):

(* *Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)*

3. [ ] *(Check if filed in an unlawful detainer case)* **Legal document assistant or unlawful detainer assistant** information is on the reverse *(complete item 4).*

Date: 05/25/2006

TERRY A. DUREE, ESQ.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

FOR COURT USE ONLY
(1) [✓] Default entered as requested on (date): JUN 15 2006 LINDA ASHCRAFT
(2) [ ] Default NOT entered as requested (state reason):
Clerk, by ____________, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
982(a)(6) [Rev. February 18, 2005]

REQUEST FOR ENTRY OF DEFAULT
(Application to Enter Default)

Legal Solutions Plus

Code of Civil Procedure, §§ 585-587, 1169

Received: Sep 14 2007 03:29pm

SEP-14-2007 03:32PM FROM- 707-422-1520 T-080 P.003/005 F-837

| PLAINTIFF/PETITIONER: KELKRIS ASSOCIATES, INC. DBA REDIT BUREAU ASSOCIATES<br>DEFENDANT/RESPONDENT: ALBERTA ROSE JONES, DONALD D. JONES et. al., | CASE NUMBER:<br>FCM093334 |
|---|---|

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant [ ] did [X] **did not** for compensation give advice or assistance with this form. *(If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*

a. Assistant's name:
b. Street address, city, and zip code:
c. Telephone no.:
d. County of registration:
e. Registration no.:
f. Expires on *(date):*

5. [X] **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a)).* This action
   a. [ ] is [X] is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
   b. [ ] is [X] is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
   c. [ ] is [X] is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).
6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was
   a. [ ] **not mailed** to the following defendants, whose addresses are **unknown** to plaintiff or plaintiff's attorney *(names):*
   b. [X] **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
      (1) Mailed on *(date):* 05/25/2006
      (2) To *(specify names and addresses shown on the envelopes):*

ALBERTA ROSE JONES
1144 TANGERINE WAY
SUNNYVALE, CA 94087

DONALD D. JONES
1144 TANGERINE WAY
SUNNYVALE, CA 94087

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.
Date: 05/25/2006

JUSTIN R. CULLUM, AGENT FOR PLAINTIFF
(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):
   a. Clerk's filing fees . . . . . $ 165.00
   b. Process server's fees . . . . . $ 66.00
   c. Other *(specify):* . . . . . $
   d. . . . . . $
   e. **TOTAL** . . . . . $ 231.00
   f. [ ] Costs and disbursements are waived.
   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 5/25/2006

JUSTIN R. CULLUM, AGENT FOR PLAINTIFF
(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

8. [X] **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 5/25/2006

JUSTIN R. CULLUM, AGENT FOR PLAINTIFF
(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

# EXHIBIT D

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SOLANO**

[X] Fairfield Branch
600 Union Avenue
Fairfield, CA 94533

[ ] Vallejo Branch
321 Tuolumne Street
Vallejo, CA 94590

KELKRIS ASSOCIATES, INC. DBA RED
**Plaintiff(s)**

vs

ALBERTA ROSE JONES, DONALD D. JO
**Defendant(s)**

**Case No.** FCM093334

**JUDGMENT**
**(Default by Clerk)**

In this action, the defendant(s) hereinafter named,
having been sued herein upon a contract for the recovery of money or damages only,
having been personally served with summons and copy of complaint,
having failed to appear and answer the complaint within the time allowed by law and in said summons specified, and
upon application of plaintiff(s), default of said defendant(s) having been entered;
acknowledgment of credit in the sum of $ 0.00 having been made;

Judgment is hereby entered that plaintiff(s)

KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES

recover from defendant(s)

ALBERTA ROSE JONES, DONALD D. JONES

$ 3,000.00 principal;

$ 675.00 interest;

$ 231.00 costs;

$ 700.00 attorney fees (pursuant to court adopted schedule);

$ 4,606.00 TOTAL

Judgment entered on JUN 15 2006.

ENDORSED FILED
SOLANO SUPERIOR COURT
06 JUN 15 AM 9:11
L. ASHCRAFT
DEPUTY CLERK

( LINDA G. ASHCRAFT .Y, Clerk

By [signature] Deputy

**JUDGMENT**
**(Default by Clerk)**

Form#165 Rev. 9/98

SL-165

# EXHIBIT E

DOCUMENT: 19050476

Pages: 3

Fees.... 19.00
Taxes...
Copies..
AMT PAID 19.00

BRENDA DAVIS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
Mortgage Company

RDE #. 010
8/07/2006
10:27 AM

Recording requested by and
When recorded mail to:

Name ___KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES

Mailing Address ___P.O BOX 150

City, State, Zip Code ___FAIRFIELD, CA. 94533

# ABSTRACT OF JUDGMENT

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):
Recording requested by and return to:

Terry A. Duree, Esq. SB#61008
Terry A. Duree, Inc.
622 Jackson ST
Fairfield, CA 94533

(707) 422-8933

[X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO
STREET ADDRESS: 600 UNION AVENUE, SECOND F
MAILING ADDRESS:
CITY AND ZIP CODE: FAIRFIELD, CA 94533
BRANCH NAME: SOLANO COUNTY COURT-CIVIL DIVISION

FOR RECORDER'S USE ONLY

PLAINTIFF: KELKRIS ASSOCIATES, INC. DBA REDIT BUREAU ASSOCIATES
DEFENDANT: ALBERTA ROSE JONES, DONALD D. JONES et. al.,

CASE NUMBER: FCM093334

FOR COURT USE ONLY

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

[ ] Amended

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's Name and last known address
      ALBERTA ROSE JONES
      1144 TANGERINE WAY
      SUNNYVALE, CA 94087
   b. Driver's license No. and state: [X] Unknown
   c. Social security No.: 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 [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): ALBERTA ROSE JONES 1144 TANGERINE WAY, SUNNYVALE, CA 94087

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):
   KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES P.O. BOX 150, FAIRFIELD, CA 94533

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 6/21/06

TERRY A. DUREE, ESQ.
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 4,606.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 06/15/06
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL] SUPERIOR COURT OF CALIFORNIA EUREKA COUNTY OF SOLANO

This abstract issued on (date):
JUL 26 2006

Clerk, by LINDA G. ASHCRAFT, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Stephen L. Vagnini
Monterey County Recorder
Recorded at the request of
Filer

CRNOEMI
8/08/2006
9:08:48

DOCUMENT: 2006069707

Titles: 1/ Pages: 3

Fees.... 24.00
Taxes...
Other...
AMT PAID $24.00

Recording requested by and
When recorded mail to:

Name ___KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES

Mailing
Address ___P.O BOX 150

City, State,
Zip Code ___FAIRFIELD, CA. 94533

# ABSTRACT OF JUDGMENT

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):
Recording requested by and return to:
Terry A. Duree, Esq. SB#61008
Terry A. Duree, Inc.
622 Jackson ST
Fairfield, CA 94533

(707) 422-8933

[X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO
STREET ADDRESS: 600 UNION AVENUE, SECOND F
MAILING ADDRESS:
CITY AND ZIP CODE: FAIRFIELD, CA 94533
BRANCH NAME: SOLANO COUNTY COURT-CIVIL DIVISION

FOR RECORDER'S USE ONLY

PLAINTIFF: KELKRIS ASSOCIATES, INC. DBA REDIT BUREAU ASSOCIATES
DEFENDANT: ALBERTA ROSE JONES, DONALD D. JONES et. al.,

CASE NUMBER: FCM093334

# ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

[ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's Name and last known address
      ALBERTA ROSE JONES
      390 MELROSE ST.
      PACIFIC GROVE, CA 93950
   b. Driver's license No. and state: [X] Unknown
   c. Social security No.: 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 [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): ALBERTA ROSE JONES 1144 TANGERINE WAY, SUNNYVALE, CA 94087

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):
   KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES P.O. BOX 150, FAIRFIELD, CA 94533

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 6/21/06

TERRY A. DUREE, ESQ.
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 4,606.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 06/15/06
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of (name and address):

11. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF SOLANO

This abstract issued on (date): JUL 26 2006

Clerk, by ______, Deputy
LINDA G. ASHCRAFT

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190



EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):
Recording requested by and return to:
Terry A. Duree, Esq. SB#61008
Terry A. Duree, Inc.
622 Jackson ST
Fairfield, CA 94533

(707) 422-8933

[X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

Recorded in Official Records, Solano County
Marc Tonnesen
Assessor/Recorder
7/26/2006
11:12 AM
AR21
01

P ATTORNEY SHOWN

Doc#: 200600093837 Titles: 1 Pages: 2

| | |
|---|---|
| Fees | 20.00 |
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $20.00 |

FOR RECORDER'S USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO
STREET ADDRESS: 600 UNION AVENUE, SECOND F
MAILING ADDRESS:
CITY AND ZIP CODE: FAIRFIELD, CA 94533
BRANCH NAME: SOLANO COUNTY COURT-CIVIL DIVISION

PLAINTIFF: KELKRIS ASSOCIATES, INC. DBA REDIT BUREAU ASSOCIATES
DEFENDANT: ALBERTA ROSE JONES, DONALD D. JONES et. al.,

CASE NUMBER: FCM093334

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

[ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's Name and last known address
      ALBERTA ROSE JONES
      154 ROYAL CT.
      VALLEJO, CA 94591

Lien Notice Mailed Per Govt. Cd. 27297.5

   b. Driver's license No. and state: [X] Unknown
   c. Social security No.: 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 [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): ALBERTA ROSE JONES 1144 TANGERINE WAY, SUNNYVALE, CA 94087

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES P.O. BOX 150, FAIRFIELD, CA 94533

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 6/21/06

TERRY A. DUREE, ESQ.
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 4,606.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 06/15/06
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF SOLANO EUREKA

This abstract issued on (date): JUL 14 2006

Clerk, by LINDA G. ASHCRAFT, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

# EXHIBIT F

SEP. 17. 2007 12:09PM CREDIT BUREAU ASSOC. NO. 2595 P. 2

AT-138, EJ-125

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
Terry A. Duree, Esq. SB#61008
Terry A. Duree, Inc.
622 Jackson ST
Fairfield, CA 94533
Fairfield, CA 94533
TELEPHONE NO.: (707) 422-8933 FAX NO.:
ATTORNEY FOR (Name): KELKRIS ASSOCIATES, INC.

FOR COURT USE ONLY

ENDORSED FILED
Clerk of the Superior Court
JUL 1 2 2007
LINDA G. ASHCRAFT
By K. Carr
DEPUTY CLERK

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: 600 UNION AVENUE, SECOND FLOOR
MAILING ADDRESS:
CITY AND ZIP CODE: FAIRFIELD, CA 94533
BRANCH NAME: SOLANO COUNTY COURT-CIVIL DIVISION

PLAINTIFF: KELKRIS ASSOCIATES, INC. DBA REDIT BUREAU ASSOCIATES
DEFENDANT: ALBERTA ROSE JONES, DONALD D. JONES et. al.,

APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION
[X] ENFORCEMENT OF JUDGMENT [ ] ATTACHMENT (Third Person)
[X] Judgment Debtor [ ] Third Person

CASE NUMBER: FCM093334

## ORDER TO APPEAR FOR EXAMINATION

1. TO (name): ALBERTA ROSE JONES
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: 8-28-07 Time: 8:30 am Dept. or Div.: 7 Rm.:
Address of court [X] shown above [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: JUL - 9 2007

WILLIAM C. HARRISON
JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [X] Judgment creditor [ ] Assignee of record [ ] Plaintiff who has a right to attach order applies for an order requiring (name): ALBERTA ROSE JONES to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   [X] the judgment debtor
   [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is not the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 6/11/2007

TERRY A. DUREE, ESQ.
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

(Continued on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]

APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION (Attachment-Enforcement of Judgment)

Legal Solutions Plus

Code of Civil Procedure §§ 491.110, 708.110, 708.120

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)**

(1) **NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

(2) **NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

**APPEARANCE OF A THIRD PERSON (ATTACHMENT)**

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

**APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION**

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

SUBP-002

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar number, and address*):
Terry A. Duree, Esq. SB#61008
Terry A. Duree, Inc.
622 Jackson ST
Fairfield, CA 94533
Fairfield, CA 94533
TELEPHONE NO.: (707) 422-8933 FAX NO.:
ATTORNEY FOR (*Name*): KELKRIS ASSOCIATES, INC.

FOR COURT USE ONLY

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: 600 UNION AVENUE, SECOND FLOOR
MAILING ADDRESS:
CITY AND ZIP CODE: FAIRFIELD, CA 94533
BRANCH NAME: SOLANO COUNTY COURT-CIVIL DIVISION

PLAINTIFF/ PETITIONER: KELKRIS ASSOCIATES, INC. DBA REDIT BUREAU ASSOCIATES
DEFENDANT/ RESPONDENT: ALBERTA ROSE JONES, DONALD D. JO

**CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents and Things at Trial or Hearing AND DECLARATION**

CASE NUMBER: FCM093334

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (*name, address, and telephone number of witness, if known*):
ALBERTA ROSE JONES 1144 TANGERINE WY SUNNYVALE, CA 94087

1. YOU ARE ORDERED TO APPEAR AS A WITNESS in this action at the date, time, and place shown in the box below UNLESS your appearance is excused as indicated in box 3b below or you make an agreement with the person named in item 4 below.

a. Date: 8-28-07 Time: 8:30AM [X] Dept.: 2 [ ] Div.: [ ] Room:
b. Address: AS SHOWN ABOVE

2. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

3. YOU ARE (*item a or b must be checked*):

a. [X] Ordered to appear in person and to produce the records described in the declaration on page two or the attached declaration or affidavit. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

b. [ ] Not required to appear in person if you produce (i) the records described in the declaration on page two or the attached declaration or affidavit and (ii) a completed declaration of custodian of records in compliance with Evidence Code sections 1560, 1561, 1562, and 1271. (1) Place a copy of the records in an envelope (or other wrapper). Enclose the original declaration of the custodian with the records. Seal the envelope. (2) Attach a copy of this subpoena to the envelope or write on the envelope the case name and number; your name; and the date, time, and place from item 1 in the box above. (3) Place this first envelope in an outer envelope, seal it, and mail it to the clerk of the court at the address in item 1. (4) Mail a copy of your declaration to the attorney or party listed at the top of this form.

4. IF YOU HAVE ANY QUESTIONS ABOUT THE TIME OR DATE YOU ARE TO APPEAR, OR IF YOU WANT TO BE CERTAIN THAT YOUR PRESENCE IS REQUIRED, CONTACT THE FOLLOWING PERSON BEFORE THE DATE ON WHICH YOU ARE TO APPEAR:

a. Name of subpoenaing party or attorney: TERRY A. DUREE b. Telephone number: 707 422 8933

5. Witness Fees: You are entitled to witness fees and mileage actually traveled both ways, as provided by law, if you request them at the time of service. You may request them before your scheduled appearance from the person named in item 4.

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: 6/11/2007

TERRY A. DUREE, ESQ
(TYPE OR PRINT NAME)

(SIGNATURE OF PERSON ISSUING SUBPOENA)

ATTORNEY
(TITLE)

(Declaration in support of subpoena on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-002 [Rev. January 1, 2007]

**CIVIL SUBPOENA (DUCES TECUM) FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS AT TRIAL OR HEARING AND DECLARATION**

Code of Civil Procedure, § 1985 et seq.



SUBP-002

| PLAINTIFF/PETITIONER: KELKRIS ASSOCIATES, INC. DBA REDIT BUREAU ASSOCIATES | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ALBERTA ROSE JONES, DONALD D. JO | FCM093334 |

The production of the documents or the other things sought by the subpoena on page one is supported by *(check one)*:

☐ the attached affidavit or declaration ☒ the following declaration:

## DECLARATION IN SUPPORT OF CIVIL SUBPOENA (DUCES TECUM) FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS AT TRIAL OR HEARING

**(Code Civ. Proc., §§ 1985, 1987.5)**

1. I, the undersigned, declare I am the ☐ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☒ attorney for *(specify)*: KELKRIS ASSOCIATES, INC. ☐ other *(specify)*:
in the above-entitled action.

2. The witness has possession or control of the following documents or other things and shall produce them at the time and place specified in the *Civil Subpoena for Personal Appearance and Production of Documents and Things at Trial or Hearing* on page one of this form *(specify the exact documents or other things to be produced)*:
TAX RETURNS FOR 2002-2006, ALL MONTHLY BANK STATEMENTS SINCE THE DATE OF JUDGMENT AND THE LAST SIX MONTHS OF WAGE RECEIPTS.

☐ Continued on Attachment 2.

3. Good cause exists for the production of the documents or other things described in paragraph 2 for the following reasons:
TO ENFORCE PAYMENT OF MONEY JUDGMENT.

☐ Continued on Attachment 3.

4. These documents or other things described in paragraph 2 are material to the issues involved in this case for the following reasons:
FOR VERIFICATION OF ASSETS.

☐ Continued on Attachment 4.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/11/2007

TERRY A. DUREE, ESQ. ▶ [signature]

(TYPE OR PRINT NAME) (SIGNATURE OF ☐ SUBPOENAING PARTY ☒ ATTORNEY FOR SUBPOENAING PARTY)

(Proof of service on page three)

**CIVIL SUBPOENA (DUCES TECUM) FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS AT TRIAL OR HEARING AND DECLARATION**

SEP. 17. 2007 12:11PM CREDIT BUREAU ASSOC. NO. 2595 P. 6

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO.:
TERRY A. DUREE, ESQ., 6[illegible]8 (707) 422-8[illegible]3
TERRY A. DUREE, INC.
622 JACKSON STREET
FAIRFIELD, CA 94533-0000

Ref. No. or File No. 093334/JOB

ATTORNEY FOR (Name): PLAINTIFF

Insert name of court, judicial district or branch court, if any:
SOLANO SUPERIOR COURT
600 UNION AVE., 2ND FLOOR
FAIRFIELD, CA 94533-0000

ENDORSED FILED
SOLANO SUPERIOR COURT
07 AUG -1 AM 9:10
LINDA G. ASHCRAFT
BY L. Kwan
DEPUTY CLERK

PLAINTIFF:
KELKRIS ASSOCIATES, INC., et al.,

DEFENDANT:
ALBERTA ROSE JONES, et al.,

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | August 28, 2007 | 08:30 am | 2 | FCM093334 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

*Application And Order For Appearance and Examination; Civil Subpena - Duces Tecum - For Personal Appearance and Production of Document and Things At Trial or Hearing and Declaration*

PERSON SERVED: ALBERTA ROSE JONES

DATE & TIME OF DELIVERY: July 27, 2007
11:43 am

ADDRESS, CITY, AND STATE: 1144 TANGERINE WAY
SUNNYVALE, CA 94087-0000
(HOME)

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

7. Person who served papers
a. HAROLD C. MA
b. HLS*attorney services*
*P.O. BOX 2816*
*ALAMEDA, CA 94504-0000*
c. (510) 865-1800

d. The fee for service was: $55.00
e. I am:
(3) Registered California process server.
(i) Employee or independent contractor
(ii) Registration No.: 673
(iii) County: ALAMEDA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 30, 2007

HAROLD C. MA

PROOF OF SERVICE