**HEFNER, STARK & MAROIS, LLP**
Ronald H. Sargis (CA Bar Assn. No. 105173)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: rsargis@hsmlaw.com

Special District Court Counsel for,
KELKRIS ASSOCIATES, INC.,
DBA CREDIT BUREAU ASSOCIATES, et al.
See signature page for list
of parties represented (Civil L.R. 3-4(a))

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA ROSE JONES<br><br>Plaintiff,<br><br>v.<br><br>KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES, KATHRYN A. PARSON, TERRY A. DUREE, LINDA G. ASHCRAFT, MICHAEL MATTHEWS, MOES PROCESS SERVING, AVA E. WILLIAMS, WENDY A. GETTY, PATRICIA COLEMAN, JOAN CRAWFORD, KARL PHILLIPS, WILLIAM C. HARRISON, EDMUND G. BROWN JR., BARBARA BOXER, UNITED STATES OF AMERICA AND DOES 1-100.<br><br>Defendants.<br><br>**(As incorrectly captioned on the Notice of Removal by State Court Defendant Alberta Rose Jones' Notice of Removal)** | Case No.    C-07-04421-JW<br><br>**NOTICE OF MOTION TO REMAND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SOLANO, AS CASE NO. FCM093334; OR, IN THE ALTERNATIVE, TO DISMISS**<br><br>Date:    October 29, 2007<br>Time:    9:00 a.m.<br>Place:   Federal Building<br>         280 South First Street<br>         San Jose, CA<br>         Courtroom 8, 4th Flr.<br>         Hon. James Ware |

PLEASE TAKE NOTICE: KELKRIS ASSOCIATES, INC., d.b.a. CREDIT BUREAU ASSOCIATES ("KelKris"), KATHRYN A. PARSONS, President of KelKris, TERRY A. DUREE and BRET YAPPLE (collectively "Movants"), have filed a Motion to Remand the removed state court case <u>KelKris Associates, Inc. DBA Credit Bureau Associates v. Alberta Rose Jones, Donald D. Jones</u>, Case No. FCM093334 and to Dismiss Movants from any Federal Court proceeding relating to the Notice of

1

Notice of Motion for Remand
KelKris Associates, Inc. v. Alberta Rose Jones, et al.

Case No. C07-04421-JW
K:\Kel Kris Associates Inc\v Alberta Rose Jones (7306-0001)\pldg mtn for remand ntc (final).wpd

Removal filed by Alberta Rose Jones.

**YOUR RIGHTS MAY BE AFFECTED.** **You should read this Notice carefully and discuss it with your attorney, if you have one. (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the court approve the authorization sought in the Motion then on or before 21 days before the hearing date of October 29, 2007, you or your attorney must file with the court a written objection at:

> Office of the Clerk
> United States District Court
> Northern District of California/San Jose Division
> Federal Building
> 280 South First Street
> San Jose, CA 95113

If you file an opposition with the court, must also serve a copy of such opposition then on or before 21 days before the hearing date of October 29, 2007 on counsel for the Movants at the following address:

> Ronald H. Sargis, Esq.
> Hefner, Stark & Marois, LLP
> 2150 River Plaza Drive, Suite 450
> Sacramento, CA 95833-3883

If you or your attorney do not take these steps, the court may decide that you do not oppose the authorization sought in the Motion and may enter an order granting the request therein.

Not all of the information relating to the Motion or this case is set forth in this Notice and interested parties are advised to review the court's file at the address as set forth above. Copies of the Motion and supporting documents may be obtained from the clerk of the United States District Court at the address set forth above or Counsel for the Movants.

The hearing on the Motion may be adjourned from time to time without further notice, except as stated orally in court.

Dated: 9/17/07

HEFNER, STARK & MAROIS, LLP

By /s/ Ronald H. Sargis
Attorneys for KELKRIS ASSOCIATES, INC., DBA CREDIT BUREAU ASSOCIATES, KATHRYN A. PARSONS, TERRY A. DUREE, and BRET YAPPLE

2

Notice of Motion for Remand
KelKris Associates, Inc. v. Alberta Rose Jones, et al.

Case No. C07-04421-JW
K:\Kel Kris Associates Inc\v Alberta Rose Jones (7306-0001)\pldg mtn for remand ntc (final).wpd