1  **HEFNER, STARK & MAROIS, LLP**
   Ronald H. Sargis (CA Bar Assn. No. 105173)
2  Aaron A. Avery (CA Bar Assn. No. 245448)
   2150 River Plaza Drive, Suite 450
3  Sacramento, CA 95833-3883
   Telephone: (916) 925-6620
4  Fax No: (916) 925-1127
   Email: rsargis@hsmlaw.com
5
   Special District Court Counsel for,
6  KEL KRIS ASSOCIATES, INC.,
   DBA CREDIT BUREAU ASSOCIATES, et al.
7  See signature page for list
   of parties represented (Civil L.R. 3-4(a))
8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION

11 | ALBERTA ROSE JONES | Case No.   C-07-04421-JW
12 |
   | Plaintiff,         | **PROOF OF SERVICE**
13 |
14 | v.                 | Date:   October 29, 2007
   |                    | Time:   9:00 a.m.
15 | KELKRIS ASSOCIATES, INC. DBA | Place:  Federal Building
   | CREDIT BUREAU ASSOCIATES,    |         280 South First Street
16 | KATHRYN A. PARSON, TERRY A.  |         San Jose, CA
   | DUREE, LINDA G. ASHCRAFT,    |         Ctrm. 8, 4th Flr.
17 | MICHAEL MATTHEWS, MOES PROCESS |       Hon. James Ware
   | SERVING, AVA E. WILLIAMS, WENDY
18 | A. GETTY, PATRICIA COLEMAN, JOAN
   | CRAWFORD, KARL PHILLIPS, WILLIAM
19 | C. HARRISON, EDMUND G. BROWN JR.,
   | BARBARA BOXER, UNITED STATES OF
20 | AMERICA AND DOES 1-100.

21 |    Defendants.

22 | **(As incorrectly captioned on the Notice of
   | Removal by State Court Defendant
23 | Alberta Rose Jones' Notice of Removal)**

24

25     I am a citizen of the United States, employed in the city and county of Sacramento. My business address is 2150 River Plaza Drive, Suite 450, Sacramento, California 95833-3883. I am over the age
26 of 18 years and not a party to the above-entitled action. I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal
27 Service.

28

1

Proof of Service                                                                  Case No. C07-04421-JW
KelKris Associates, Inc. v. Alberta Rose Jones, et al.        K:\Kel Kris Associates Inc\v Alberta Rose Jones (7306-0001)\pldg mtn for remand pos.wpd

On September 17, 2007, I served the following documents:

NOTICE OF MOTION TO REMAND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SOLANO, AS CASE NO. FCM093334; OR, IN THE ALTERNATIVE, TO DISMISS

MOTION TO REMAND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SOLANO, AS CASE NO. FCM093334; OR, IN THE ALTERNATIVE, TO DISMISS

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SOLANO, AS CASE NO. FCM093334; OR, IN THE ALTERNATIVE, TO DISMISS

DECLARATION OF TERRY A. DUREE IN SUPPORT OF MOTION TO REMAND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SOLANO, AS CASE NO. FCM093334; OR, IN THE ALTERNATIVE, TO DISMISS

[PROPOSED] ORDER GRANTING MOTION TO REMAND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SOLANO, AS CASE NO. FCM093334; OR, IN THE ALTERNATIVE, TO DISMISS

**By Overnight Delivery** on the interested party(ies) in the case above-referenced, by depositing a copy(ies) of the above documents in a box or other facility regularly maintained by United Parcel Service, in an envelope or package designated by United Parcel Service with delivery fees paid or provided for and addressed as set forth below.

| | |
|---|---|
| Alberta Rose Jones<br>1144 Tangerine Way<br>Sunnyvale, CA 94087 | Defendant in Pro Per |
| Donald D. Jones<br>1144 Tangerine Way<br>Sunnyvale, CA 94087 | Defendant in Pro Per |
| United States District Court<br>Northern District of California<br>San Jose Division<br>Attn: Judge Ware<br>280 South First Street<br>San Jose, CA 95113 | Courtesy Copy for Judge |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on September 17, 2007, at Sacramento, California.

▸ _/s/ Carrie Andrews_
Carrie Andrews

2

Proof of Service
KelKris Associates, Inc. v. Alberta Rose Jones, et al.

Case No. C07-04421-JW
K:\Kel Kris Associates Inc\v Alberta Rose Jones (7306-0001)\pldg mtn for remand pos.wpd