**HEFNER, STARK & MAROIS, LLP**
Ronald H. Sargis (CA Bar Assn. No. 105173)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: rsargis@hsmlaw.com

Special District Court Counsel for,
KELKRIS ASSOCIATES, INC.,
DBA CREDIT BUREAU ASSOCIATES, et al.
See signature page for list
of parties represented (Civil L.R. 3-4(a))

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA ROSE JONES<br><br>Plaintiff,<br><br>v.<br><br>KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES, KATHRYN A. PARSON, TERRY A. DUREE, LINDA G. ASHCRAFT, MICHAEL MATTHEWS, MOES PROCESS SERVING, AVA E. WILLIAMS, WENDY A. GETTY, PATRICIA COLEMAN, JOAN CRAWFORD, KARL PHILLIPS, WILLIAM C. HARRISON, EDMUND G. BROWN JR., BARBARA BOXER, UNITED STATES OF AMERICA AND DOES 1-100.<br><br>Defendants.<br><br>**(As incorrectly captioned on the Notice of Removal by State Court Defendant Alberta Rose Jones' Notice of Removal)** | Case No.   C-07-04421-JW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SOLANO, AS CASE NO. FCM093334; OR, IN THE ALTERNATIVE, TO DISMISS**<br><br>Date:  October 29, 2007<br>Time:  9:00 a.m.<br>Place:  Federal Building<br>         280 South First Street<br>         San Jose, CA<br>         Ctrm. 8, 4th Flr.<br>         Hon. James Ware |

The motion of KELKRIS ASSOCIATES, INC., d.b.a. CREDIT BUREAU ASSOCIATES ("KelKris"), the actual plaintiff in the state court action that is the subject of the August 27, 2007 Notice of Removal, and other persons not parties to the removed State Court Action, incorrectly listed as defendants in the Notice of Removal, consisting of KATHRYN A. PARSONS, President of KelKris,

1

[Proposed] Order Granting Motion for Remand
KelKris Associates, Inc. v. Alberta Rose Jones, et al.

Case No. C07-04421-JW
K:\Kel Kris Associates Inc\v Alberta Rose Jones (7306-0001)\pldg mtn for remand proposed order (final).wpd

TERRY A. DUREE and BRET YAPPLE (collectively "Movants"), who made a special appearance in this case, to remand to the Superior Court of California, County of Solano, as Case No. FCM093334, or, in the Alternative, to Dismiss, came on regularly for hearing before this Court on October 29, 2007. Ronald H. Sargis, Esq. from Hefner, Stark & Marois, LLP ("Counsel"), appeared on behalf of Movants and defendant Alberta Rose Jones ("Jones") appeared in propria persona.

Upon review of the Motion, the Memorandum of Points and Authorities, and Declaration of Terry A. Duree and attached exhibits filed in Support, Opposition, Arguments of counsel, and good cause appearing therefore:

IT IS HEREBY ORDERED that the State Court Case, <u>KelKris Associates, Inc. DBA Credit Bureau Associates v. Alberta Rose Jones, Donald D. Jones</u>, Case No. FCM093334, which was removed to this court by the Notice of Removal filed by Alberta Rose Jones is immediately remanded to the Superior Court of the State of California, County of Solano. It is further ordered that Jones pay Movants such costs and actual expenses incurred in connection with the Notice of Removal.

///

Dated:_____

James Ware, Judge
United States District Court
Northern District of California

[Proposed] Order Granting Motion for Remand
KelKris Associates, Inc. v. Alberta Rose Jones, et al.

Case No. C07-04421-JW

K:\Kel Kris Associates Inc\v Alberta Rose Jones (7306-0001)\pldg mtn for remand proposed order (final).wpd