1  **HEFNER, STARK & MAROIS, LLP**
   Ronald H. Sargis (CA Bar Assn. No. 105173)
2  Aaron A. Avery (CA Bar Assn. No. 245448)
   2150 River Plaza Drive, Suite 450
3  Sacramento, CA 95833-3883
   Telephone: (916) 925-6620
4  Fax No: (916) 925-1127
   Email: rsargis@hsmlaw.com
5
   Special District Court Counsel for,
6  KELKRIS ASSOCIATES, INC.,
   DBA CREDIT BUREAU ASSOCIATES, et al.
7  See signature page for list
   of parties represented (Civil L.R. 3-4(a))
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ALBERTA ROSE JONES<br><br>Plaintiff,<br><br>v.<br><br>KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES, KATHRYN A. PARSON, TERRY A. DUREE, LINDA G. ASHCRAFT, MICHAEL MATTHEWS, MOES PROCESS SERVING, AVA E. WILLIAMS, WENDY A. GETTY, PATRICIA COLEMAN, JOAN CRAWFORD, KARL PHILLIPS, WILLIAM C. HARRISON, EDMUND G. BROWN JR., BARBARA BOXER, UNITED STATES OF AMERICA AND DOES 1-100.<br><br>Defendants.<br><br>**(As incorrectly captioned on the Notice of Removal by State Court Defendant Alberta Rose Jones' Notice of Removal)** | Case No.   C-07-04421-JW<br><br>**NOTICE OF CORRECTED HEARING DATE FOR MOTION TO REMAND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SOLANO, AS CASE NO. FCM093334; OR, IN THE ALTERNATIVE, TO DISMISS**<br><br>Date:   December 3, 2007<br>Time:  9:00 a.m.<br>Place:  Federal Building<br>           280 South First Street<br>           San Jose, CA<br>           Courtroom 8, 4th Flr.<br>           Hon. James Ware |

PLEASE TAKE NOTICE:  KELKRIS ASSOCIATES, INC., d.b.a. CREDIT BUREAU ASSOCIATES ("KelKris"), KATHRYN A. PARSONS, President of KelKris, TERRY A. DUREE and BRET YAPPLE (collectively "Movants"), have filed a Motion to Remand the removed state court case <u>KelKris Associates, Inc. DBA Credit Bureau Associates v. Alberta Rose Jones, Donald D. Jones</u>, Case No. FCM093334 and to Dismiss Movants from any Federal Court proceeding relating to the Notice of

1

Notice of Motion for Remand Amended
KelKris Associates, Inc. v. Alberta Rose Jones, et al.

Case No. C07-04421-JW
K:\Kel Kris Associates Inc\v Alberta Rose Jones (7306-0001)\pldg mtn for remand ntc amended.wpd

1  Removal filed by Alberta Rose Jones. The hearing in this Motion will be held on December 3, 2007,
2  at 9:00 a.m, 280 South First Street, San Jose, CA 95113, before the Honorable James Ware, United
3  States District Court Judge. The Motion and supporting pleadings previously filed by Movants
4  referenced an October 29, 2007 hearing date. This Notice shall serve to amend and correct those
5  pleadings and to notify you that the hearing on this matter shall be held on December 3, 2007, not
6  October 29, 2007.

7  **YOUR RIGHTS MAY BE AFFECTED. You should read this Notice carefully and discuss
8  it with your attorney, if you have one. (If you do not have an attorney, you may wish to consult
9  with one.)**

10  If you do not want the court to approve the authorization sought in the Motion then on or before
11  21 days before the hearing date of December 3, 2007, you or your attorney must file with the court a
12  written objection at:

13  Office of the Clerk
    United States District Court
14  Northern District of California/San Jose Division
    Federal Building
15  280 South First Street
    San Jose, CA 95113
16

17  If you file an opposition with the court, must also serve a copy of such opposition on or before
18  21 days before the hearing date of December 3, 2007 on counsel for the Movants at the following
19  address:
    Ronald H. Sargis, Esq.
20  Hefner, Stark & Marois, LLP
    2150 River Plaza Drive, Suite 450
21  Sacramento, CA 95833-3883

22  If you or your attorney do not take these steps, the court may decide that you do not oppose the
23  Motion and the Court may enter an order granting the request therein.
24  Not all of the information relating to the Motion or this case is set forth in this Notice and
25  interested parties are advised to review the court's file at the address as set forth above. Copies of the
26  Motion and supporting documents may be obtained from the clerk of the United States District Court
27  at the address set forth above or Counsel for the Movants.
28  / / /

HEFNER, STARK & MAROIS, LLP
Sacramento, California

2

Notice of Motion for Remand Amended
KelKris Associates, Inc. v. Alberta Rose Jones, et al.

Case No. C07-04421-JW
K:\Kel Kris Associates Inc\v Alberta Rose Jones (7306-0001)\pldg mtn for remand ntc amended.wpd

1  The hearing on the Motion may be adjourned from time to time without further notice, except
2  as stated orally in court.
3  Dated: 9/19/07

HEFNER, STARK & MAROIS, LLP

By *[signature]*
Ronald H. Sargis
Attorneys for KELKRIS ASSOCIATES, INC.,
DBA CREDIT BUREAU ASSOCIATES,
KATHRYN A. PARSONS, TERRY A. DUREE,
and BRET YAPPLE

HEFNER, STARK & MAROIS, LLP
Sacramento, California

3

Notice of Motion for Remand Amended
KelKris Associates, Inc. v. Alberta Rose Jones, et al.

Case No. C07-04421-JW
K:\Kel Kris Associates Inc\v Alberta Rose Jones (7306-0001)\pldg mtn for remand ntc amended.wpd