| | |
|---|---|
| 1 | **HEFNER, STARK & MAROIS, LLP** |
| | Ronald H. Sargis (CA Bar Assn. No. 105173) |
| 2 | Aaron A. Avery (CA Bar Assn. No. 245448) |
| | 2150 River Plaza Drive, Suite 450 |
| 3 | Sacramento, CA 95833-3883 |
| | Telephone: (916) 925-6620 |
| 4 | Fax No: (916) 925-1127 |
| | Email: rsargis@hsmlaw.com |
| 5 | |
| | Special District Court Counsel for, |
| 6 | KELKRIS ASSOCIATES, INC., |
| | DBA CREDIT BUREAU ASSOCIATES, et al. |
| 7 | See signature page for list |
| | of parties represented (Civil L.R. 3-4(a)) |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA ROSE JONES | Case No.   C-07-04421-JW |
| Plaintiff, | |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES, KATHRYN A. PARSON, TERRY A. DUREE, LINDA G. ASHCRAFT, MICHAEL MATTHEWS, MOES PROCESS SERVING, AVA E. WILLIAMS, WENDY A. GETTY, PATRICIA COLEMAN, JOAN CRAWFORD, KARL PHILLIPS, WILLIAM C. HARRISON, EDMUND G. BROWN JR., BARBARA BOXER, UNITED STATES OF AMERICA AND DOES 1-100. | |
| Defendants. | |
| **(As incorrectly captioned on the Notice of Removal by State Court Defendant Alberta Rose Jones' Notice of Removal)** | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by

1

the outcome of this proceeding:

County of Solano - creditor assigning debt which is basis of State Court Action.

Walter Parsons - 49% shareholder of KelKris Associates, Inc.

Dated: 9/19/07

HEFNER, STARK & MAROIS, LLP

By _____
Ronald H. Sargis
Attorneys for KELKRIS ASSOCIATES, INC.,
DBA CREDIT BUREAU ASSOCIATES,
KATHRYN A. PARSONS, TERRY A. DUREE,
and BRET YAPPLE

2

Certification of Interested Parties
KelKris Associates, Inc. v. Alberta Rose Jones, et al.

Case No. C07-04421-JW
K:\Kel Kris Associates Inc\v Alberta Rose Jones (7306-0001)\pldg mtn for remand cert int nonparties (final).wpd