**HEFNER, STARK & MAROIS, LLP**
Ronald H. Sargis (CA Bar Assn. No. 105173)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: rsargis@hsmlaw.com

Special District Court Counsel for,
KELKRIS ASSOCIATES, INC.,
DBA CREDIT BUREAU ASSOCIATES, et al.
See signature page for list
of parties represented (Civil L.R. 3-4(a))

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ALBERTA ROSE JONES<br><br>Plaintiff,<br><br>v.<br><br>KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES, KATHRYN A. PARSON, TERRY A. DUREE, LINDA G. ASHCRAFT, MICHAEL MATTHEWS, MOES PROCESS SERVING, AVA E. WILLIAMS, WENDY A. GETTY, PATRICIA COLEMAN, JOAN CRAWFORD, KARL PHILLIPS, WILLIAM C. HARRISON, EDMUND G. BROWN JR., BARBARA BOXER, UNITED STATES OF AMERICA AND DOES 1-100.<br><br>Defendants.<br><br>**(As incorrectly captioned on the Notice of Removal by State Court Defendant Alberta Rose Jones' Notice of Removal)** | Case No.   C-07-04421-JW<br><br>**CORPORATE DISCLOSURE STATEMENT** |

KELKRIS ASSOCIATES, INC., d.b.a. CREDIT BUREAU ASSOCIATES ("KelKris"), the actual plaintiff in the state court action that is the subject of the August 27, 2007 Notice of Removal, hereby states that there exists no corporation which would require identification pursuant to Federal Rule of Civil Procedure 7.1(a).

1

Corporate Disclosure Statement
KelKris Associates, Inc. v. Alberta Rose Jones, et al.
Case No. C07-04421-JW
K:\Kel Kris Associates Inc\v Alberta Rose Jones (7306-0001)\pldg mtn for remand corp discl stmt (final).wpd

| | | |
|---|---|---|
| 1 | Dated: 9/18/07 | HEFNER, STARK & MAROIS, LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | Ronald H. Sargis<br>Attorneys for KELKRIS ASSOCIATES, INC.,<br>DBA CREDIT BUREAU ASSOCIATES, |
| 5 | | KATHRYN A. PARSONS, TERRY A. DUREE,<br>and BRET YAPPLE |

2

Corporate Disclosure Statement                                                                    Case No. C07-04421-JW
KelKris Associates, Inc. v. Alberta Rose Jones, et al.    K:\Kel Kris Associates Inc\v Alberta Rose Jones (7306-0001)\pldg mtn for remand corp discl stmt (final).wpd