**HEFNER, STARK & MAROIS, LLP**
Ronald H. Sargis (CA Bar Assn. No. 105173)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: rsargis@hsmlaw.com

Special District Court Counsel for,
KEL KRIS ASSOCIATES, INC.,
DBA CREDIT BUREAU ASSOCIATES, et al.
See signature page for list
of parties represented (Civil L.R. 3-4(a))

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ALBERTA ROSE JONES

Plaintiff,

v.

KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES, KATHRYN A. PARSON, TERRY A. DUREE, LINDA G. ASHCRAFT, MICHAEL MATTHEWS, MOES PROCESS SERVING, AVA E. WILLIAMS, WENDY A. GETTY, PATRICIA COLEMAN, JOAN CRAWFORD, KARL PHILLIPS, WILLIAM C. HARRISON, EDMUND G. BROWN JR., BARBARA BOXER, UNITED STATES OF AMERICA AND DOES 1-100.

Defendants.

**(As incorrectly captioned on the Notice of Removal by State Court Defendant Alberta Rose Jones' Notice of Removal)**

Case No. C-07-04421-JW

**PROOF OF SERVICE**

Date: December 3, 2007
Time: 9:00 a.m.
Place: Federal Building
280 South First Street
San Jose, CA
Ctrm. 8, 4th Flr.
Hon. James Ware

I am a citizen of the United States, employed in the city and county of Sacramento. My business address is 2150 River Plaza Drive, Suite 450, Sacramento, California 95833-3883. I am over the age of 18 years and not a party to the above-entitled action. I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service.

1

Proof of Service
KelKris Associates, Inc. v. Alberta Rose Jones, et al.

Case No. C07-04421-JW

K:\Kel Kris Associates Inc\v Alberta Rose Jones (7306-0001)\pldg mtn for remand pos 2.wpd

HEFNER, STARK & MAROIS, LLP
Sacramento, California

On September 19, 2007, I served the following documents:

**NOTICE OF CORRECTED HEARING DATE FOR MOTION TO REMAND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SOLANO, AS CASE NO. FCM093334; OR, IN THE ALTERNATIVE, TO DISMISS**

**CORPORATE DISCLOSURE STATEMENT**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**By Overnight Delivery** on the interested party(ies) in the case above-referenced, by depositing a copy(ies) of the above documents in a box or other facility regularly maintained by United Parcel Service, in an envelope or package designated by United Parcel Service with delivery fees paid or provided for and addressed as set forth below.

Alberta Rose Jones
1144 Tangerine Way
Sunnyvale, CA 94087

Defendant in Pro Per

Donald D. Jones
1144 Tangerine Way
Sunnyvale, CA 94087

Defendant in Pro Per

United States District Court
Northern District of California
San Jose Division
Attn: Judge Ware
280 South First Street
San Jose, CA 95113

Courtesy Copy for Judge

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on September 19, 2007, at Sacramento, California.

Carrie Andrews

HEFNER, STARK & MAROIS, LLP
Sacramento, California

2

Proof of Service
KelKris Associates, Inc. v. Alberta Rose Jones, et al.

Case No. C07-04421-JW

K:\Kel Kris Associates Inc\v Alberta Rose Jones (7306-0001)\pldg mtn for remand pos 2.wpd