1  Alberta Rose Jones
   DONALD D. JONES
   1144 Tangerine Way
2  Sunnyvale, Ca 94087

FILED

2007 OCT -1  P 4: 15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Alberta Rose Jones, Donald D. Jones<br><br>Plaintiff,<br><br>v.<br><br>Kelkris Associates Inc. DBA Credit Bureau Associates, Kathryn A. Parson, Terry A. Duree, Bret Yaple, Linda G. Ashcraft, Michael Matthews, Moes Process Serving, Ava E. Williams, Wendy A. Getty, Patricia Coleman, Joan Crawford, Karl Phillips, William C. Harrison, Edmund G. Brown Jr., United States of America and Does 1-100.<br><br>Defendants. | CASE NO. 07-04421 JW<br><br>PROOF OF SERVICE: SECOND AMENDED COMPLAINT<br><br>DEMAND FOR JURY TRIAL FRCP 38 (b) |

## PROOF OF SERVICE: SECOND AMENDED COMPLAINT

I, Alberta Rose Jones, declare as follow: I SENT VIA EXPRESS MAIL OVERNIGHT DELIVERY FED-X TO BE DELIVERED MONDAY MORNING BEFORE NOON THIS SECOND AMENDED COMPLAINT AS WELL AS POINTS AND AUTHORITIES SUPPORING REMOVAL WITH A COVER PAGE ENTITLED NOTICE OF REMOVAL TO THE FOLLOWING:

Clerk of the Court,
Superior Court of California
County of Solano
Hall of Justice
600 Union Ave.
Fairfield, CA 94533

Carrie Andrews
Hefner, Stark, Marois
2150 River Plaza Drive
Sacramento, Ca 95833

Dated: September 29, 2007  Alberta Jones

COPY OF NOTICE OF REMOVAL TO SUPERIOR COURT AND POINTS AND AUTHORITIES- 2