**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

September 24, 2007

*Superior Court of California*
*County of Solano - Civil Division*
*600 Union Avenue*
*Second Floor*
**Fairfield, California 94533**


RE:  CV 07-04421 JW     ALBERTA ROSE JONES-v-KELKRIS ASSOCIATES INC., ET AL
       Your Case Number: (FCM093334)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (X)   Certified copies of docket entries

   (X)   Certified copies of Remand Order

   ( )   Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                              Sincerely,

                              RICHARD W. WIEKING, Clerk


                              by:  Cindy Vargas
                              Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg