IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kelkris Associates, Inc., et al., | NO. C 07-04421 JW |
|       Plaintiffs,<br>v. | **ORDER DENYING "SECOND REMOVAL"** |
| Alberta Rose Jones, et al., | |
|       Defendants. | |

This case was removed by Defendant Alberta Rose Jones ("Jones") from the Superior Court of the State of California. Plaintiff Kelkris Associates, Inc., the Honorable William C. Harrison, California Attorney General Edmund G. Brown, and others, filed motions to remand this case back to the Superior Court of the State of California. (See Docket Item Nos. 19-21; 22-35.)

On September 29, 2007, the Court issued an Order denying Jones's motions and remanded the case back to the Superior Court of the State of California because, among other reasons, the Court lacks subject matter jurisdiction over the case. (See Docket Item No. 36.)

Accordingly, the Court denies Defendant's present motion of "Second Removal." (Docket Item No. 37.) The Court will not entertain additional motions regarding this matter.

Dated: October 12, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ronald Hubert Sargis rsargis@hsmlaw.com
Thomas A. Blake tom.blake@doj.ca.gov
Troy Bentley Overton troy.overton@doj.ca.gov

Alberta Rose Jones
1144 Tangerine Way
Sunnyvale, CA 94087

**Dated: October 12, 2007**                    **Richard W. Wieking, Clerk**

                                       **By:  /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**

United States District Court
For the Northern District of California