RECEIVED
2008 APR 22 PM 3: 12
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

**FILED**

APR 21 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KELKRIS ASSOCIATES, INC., doing business as Credit Bureau Associates,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DONALD D. JONES; ALBERTA ROSE JONES,<br><br>Defendants - Appellants. | No. 07-17088<br><br>D.C. No. CV-07-04421-JW/PVT<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Northern District of California
James Ware, District Judge, Presiding

Submitted April 15, 2008**

Before: B. FLETCHER, FISHER and PAEZ, Circuit Judges.

A review of the record and the parties' responses to the court's order to show cause indicates that the questions raised in this appeal are so insubstantial as

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

MF/Pro Se

07-17088

not to require further argument. See *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's September 21, 2007 order remanding this matter to the state court and the October 12, 2007 order denying appellant's motion for "second removal."

All pending motions are denied as moot.

**AFFIRMED**.