**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

April 22, 2008

CASE NUMBER:   **CV 07-04421 JW**
CASE TITLE:    **ALBERTA ROSE JONES-v- KELKRIS ASSOCIATES INC., ET AL**
DATE MANDATE FILED:  4/22/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Cindy Vargas
Case Systems Administrator

Distribution:   CIVIL       -   Counsel of Record

                CRIMINAL    -   Counsel of Record
                                U.S. Marshal (Copy of Mandate)
                                U.S. Probation Office

NDC App-16