FILED

UNITED STATES COURT OF APPEALS

AUG 20 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KELKRIS ASSOCIATES, INC., doing business as Credit Bureau Associates,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>DONALD D. JONES; ALBERTA ROSE JONES,<br><br>    Defendants - Appellants. | No. 07-17088<br><br>D.C. No. CV-07-04421-JW/PVT<br>Northern District of California,<br>San Jose<br><br><br>ORDER |

Before: B. FLETCHER, FISHER and PAEZ, Circuit Judges.

Appellants' motion for reconsideration and clarification of this court's April 21, 2008 memorandum disposition is construed as a petition for panel rehearing. So construed, the petition is denied.

No motions for reconsideration, rehearing, modification, clarification, stay of the mandate or any other submissions shall be filed or entertained in this closed docket.

MF/Pro Se