**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                    General Court Number
Clerk                                                                                                         408.535.5364

August 21, 2008

CASE NUMBER:   **CV 07-04421 JW**
CASE TITLE:    **ALBERTA ROSE JONES-v- KELKRIS ASSOCIATES INC., ET AL**
DATE MANDATE FILED:  8/20/08


TO COUNSEL OF RECORD:

      The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.


                          Sincerely,

                          RICHARD W. WIEKING, Clerk



                          by: Cindy Vargas
                          Case Systems Administrator

Distribution:   CIVIL        -    Counsel of Record

               CRIMINAL     -    Counsel of Record
                              U.S. Marshal (Copy of Mandate)
                              U.S. Probation Office


NDC App-16