UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 28 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| KELKRIS ASSOCIATES, INC., doing business as Credit Bureau Associates,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>DONALD D. JONES; ALBERTA ROSE JONES,<br><br>        Defendants - Appellants. | No.  07-17088<br>D.C. No.  CV-07-04421-JW/PVT<br>Northern District of California, San Jose<br><br>**MANDATE** |

      The judgment of this Court, entered 4/21/08, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk