**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                            408.535.5364

August 29, 2008

CASE NUMBER:    **CV 07-04421 JW**
CASE TITLE:    **ALBERTA ROSE JONES-v- KELKRIS ASSOCIATES INC., ET AL**
DATE MANDATE FILED:   8/28/08


TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Cindy Vargas
Case Systems Administrator

Distribution:    CIVIL        -        Counsel of Record

CRIMINAL    -        Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office


NDC App-16